```
1  KEVIN V. RYAN
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 10th Floor
5       San Francisco, California 94102-3495
        Telephone:   (415) 436-6813
6       Facsimile:   (415) 436-6748
        Email:       andrew.cheng@usdoj.gov
7
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WESTERLY GRAHAM, | ) | No. C 06-441 CW |
| --- | --- | --- |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Date: April 28, 2006 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Ctrm: 2, 4th Floor |

The parties, by and through their respective attorneys, request that the case management conference currently scheduled for April 28, 2006, at 1:30 p.m. be moved to **May 12, 2006,** at **1:30 p.m.**

The request is based on defense counsel's conflicting mediation in Sacramento on April 28, 2006, which had been scheduled two months ago. All parties are available on the proposed date.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: March 31, 2006

\_\_\_\_/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

///

| | |
|---|---|
| Dated: March 31, 2006 | ____/s/_____<br>LESLEY HARRIS<br>Attorney for Plaintiff |
| Dated: March 31, 2006 | ____/s/_____<br>RALPH BOROFF<br>Attorney for Plaintiff |

## ORDER

The case management conference is continued to May 12, 2006, at 1:30 p.m. The case management conference statements shall be due on May 5, 2006.

**IT IS SO ORDERED.**

Dated: 4/4/06                                                        _____
                                                                               CLAUDIA WILKEN
                                                                               United States District Judge

STIPULATION AND ORDER TO CONTINUE CMC
C 06-441 CW                                            2