1  Lesley B. Harris, State Bar No. 124248
   LAW OFFICE OF LESLEY HARRIS
2  55 River Street, Suite 100
   Santa Cruz, CA  95060
3  Telephone: (831) 458-0502
   Facsimile:  (831) 426-0159
4  Email:  lharris@cruzers.com

5  Ralph W. Boroff, State Bar No. 59164
   BOROFF, JENSEN, KLEIN & SMITH
6  55 River Street, Suite 100
   Santa Cruz, CA  95060
7  Telephone: (831) 458-0502
   Facsimile:  (831) 426-0159
8  Email:  rwb_@1stcounsel.com

9  Attorneys for Plaintiff
   WESTERLY GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WESTERLY GRAHAM, | No. C-06-00441 CW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: DISMISSAL OF THANH NGUYEN-DINH, M.D.** |
| UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS, and THANH NGUYEN-DINH, M.D., | |
| Defendants. | |

Plaintiff Westerly Graham and Defendant United States of America, by and through their respective counsel, stipulate to dismissal of Thanh Nguyen-Dinh, M.D. based on Defendant's written certification that Defendant Dinh's actions in treating Plaintiff were done in the course and scope of his employment for Defendant United States of America, Department of Veteran's Affairs.  Based on

STIPULATION AND ORDER OF DISMISSAL OF DINH
CASE NO. C-06-00441 CW

1  the certification, a copy of which is filed herewith, Plaintiff agrees to dismiss without prejudice
2  Defendant Thanh Nguyen-Dinh, M.D. from this lawsuit, pursuant to 28 U.S.C. §2679 (d)(1).

Dated: April 5, 2005                    LAW OFFICE OF LESLEY HARRIS

                                        _____/s/_____
                                        Lesley B. Harris
                                        Attorney for Plaintiff
                                        WESTERLY GRAHAM


Dated: April ___, 2005                  OFFICE OF THE UNITED STATES ATTORNEY

                                        _____/s/_____
                                        Andrew Y.S. Cheng
                                        Assistant United States Attorney
                                        Attorney for Defendant
                                        UNITED STATES OF AMERICA, DEPARTMENT OF
                                        VERTERANS AFFAIRS


**ORDER**

        IT IS SO ORDERED.

              4/6/06
Dated: _____           _____
                                          Hon. Claudia Wilken
                                          U.S. District Court Judge


STIPULATION AND ORDER OF DISMISSAL OF DINH        -2-
CASE NO. C-06-00441 CW