1  KEVIN V. RYAN
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue,10th Floor
       San Francisco, California 94102-3495
       Telephone:   (415) 436-6813
6      Facsimile:    (415) 436-6748
       Email:     andrew.cheng@usdoj.gov
7
   Attorneys for Defendant
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11
12 WESTERLY GRAHAM,                       )   No. C 06-441 EDL
                                          )   **E-FILING CASE**
                          Plaintiff,      )
13                                        )   **STIPULATION TO CONTINUE TRIAL**
                   v.                     )   **DATE**
14                                        )     & ORDER -- AS MODIFIED
   UNITED STATES OF AMERICA,              )
15                                        )
                          Defendant.      )
16 _____)

17
18       The parties, by and through their respective attorneys, request that the trial date in the

   above-captioned case be continued from April 16, 2007 to **May 21, 2007** subject to the
19
   availability of the Court.
20
         The continuance of the trial date is to accommodate defendant's counsel's conflicting
21
   trial on April 23, 2007 in the case of *Santos-Reyes v. Gonzales*, 05-4550 VRW.
22
23
                                               Respectfully submitted,
24
                                               KEVIN V. RYAN
25                                             United States Attorney

26
   Dated: June 6, 2006
27
                                               ____/s/_____
                                               ANDREW Y.S. CHENG
28                                             Assistant United States Attorney

1  Dated: June 6, 2006                    ____/s/_____
                                          LESLEY HARRIS
2                                         Attorney for Plaintiff

3
4                          **ORDER** (AS MODIFIED)

5     A bench trial lasting no longer than five days shall occur on ~~May 21, 2006~~.
                                                              June 4, 2007
6     **IT IS SO ORDERED.**

7

8  Dated: _June 6, 2006_____              _____
                                          [Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]
9                                         ELIZABETH D. LAPORTE
                                          United States Magistrate Judge
10

11

12

STIPULATION TO CONTINUE TRIAL DATE,
C 06-441 EDL                    2