1  KEVIN V. RYAN
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue,10th Floor
       San Francisco, California 94102-3495
       Telephone:    (415) 436-6813
6      Facsimile:    (415) 436-6748
       Email:        andrew.cheng@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11
12 WESTERLY GRAHAM,                    )    No. C 06-441 EDL
                                       )    **E-FILING CASE**
                          Plaintiff,   )
13                                     )
                   v.                  )    **JOINT STIPULATION AND**
14                                     )    **[PROPOSED] ORDER TO CONTINUE**
   UNITED STATES OF AMERICA,           )    **EXPERT DEADLINES AND REFER**
15                                     )    **MATTER TO MAGISTRATE JUDGE**
                          Defendant.   )    **FOR SETTLEMENT CONFERENCE**
16 _____)

17
        The parties, by and through their respective attorneys, request that the following dates be
18
   adopted by the Court.  The extension is to accommodate a request by plaintiff's counsel, as
19
   defendant has already served its expert disclosures on November 3, 2006.
20
21
   November 10, 2006:          Plaintiff's expert disclosures due.
22
   December 8, 2006:           Supplemental expert disclosures due.
23
   January 31, 2007:           Expert discovery cut-off.
24
   ///
25
   ///
26
   ///
27
   ///
28

1    The parties request that this case be referred to Magistrate Maria-Elena James for a

2    mandatory settlement conference and further request that this settlement conference occur no

3    later than February 9, 2007.

4                                                    Respectfully submitted,

5                                                    KEVIN V. RYAN
                                                     United States Attorney
6

7    Dated: November 7, 2006

                                                     _____/s/_____
8                                                    ANDREW Y.S. CHENG
                                                     Assistant United States Attorney
9

10

11   Dated: November 7, 2006                         _____/s/_____
                                                     LESLEY HARRIS
12                                                   Attorney for Plaintiff

13

14

15                                    **ORDER**

16        Plaintiff's expert disclosures shall occur on or before November 10, 2006.

17   Supplemental expert disclosures are due on or before December 8, 2006.  Expert

     discovery must be completed before January 31, 2007.
18
          This case shall be referred to Magistrate Maria-Elena James for a mandatory
19
     settlement conference to be held before February 9, 2007.
20
          **IT IS SO ORDERED.**
21

22

23   Dated: __November 9, 2006__

24                                                   _____
                                                     ELIZABETH D. LAPORTE
25                                                   United States Magistrate Judge

26

27

28

STIPULATION AND ORDER TO CONTINUE DATES,
C 06-441 EDL                          2