SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERLY GRAHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. C 06-441 EDL<br>**E-FILING CASE**<br><br>**STIPULATION OF DISMISSAL AND<br>[████████] ORDER** |

      This case was settled on December 14, 2006. The settlement check has been received by plaintiff. The parties stipulate that the case should be dismissed with prejudice and that the parties will bear their own costs.

                                            Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

Dated: April 4, 2007

                                                  /s/
                                            ANDREW Y.S. CHENG
                                            Assistant United States Attorney

Dated: April 4, 2007

                                                  /s/
                                            LESLEY HARRIS
                                            Attorney for Plaintiff

## ORDER

The Court, having been informed that the settlement check has been received by plaintiff, hereby dismisses this action with prejudice. The parties will bear their own costs.

**IT IS SO ORDERED.**

Dated: April 5, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL,
C 06-441 EDL     2